# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DANIEL SHEPPARD,**
Appellant,

v.

**GUARDIANSHIP OF JONATHAN E. SHEPPARD,**
Appellee.

Nos. 4D21-2584 and 4D21-2596

[September 15, 2022]

Consolidated appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case Nos. MHC21-001163 and PRC21-001623.

Abbey L. Kaplan and Josh M. Rubens of Kluger, Kaplan, Silverman, Katzen & Levine, P.L., Miami, for appellant.

Philip M. Burlington and Nichole J. Segal of Burlington & Rockenbach, P.A., West Palm Beach, and Andrew T. Lavin of Lavin Law Group, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and DAMOORGIAN, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***